UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR399 |
| | ) | |
| v. | ) | |
| | ) | |
| RAMON RODRIGUEZ, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 28). The Court has reviewed the record in this case and finds as follows:

1. On January 21, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841, 853, Title 18, United States Code, Sections 922(g), 924(d) and Title 28, United States Code, Section 2461(c). By way of said Preliminary Order of Forfeiture, the defendant's interest in a Smith and Wesson Model 460V .460 Magnum revolver, serial number CJU9636, a Smith and Wesson Airweight .38 caliber Special revolver, serial number 4595X and $8,600.00 in United States currency, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on January 26, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 27, 2009 (Filing No. 27).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the Smith and Wesson Model 460V .460 Magnum revolver, serial number CJU9636, the Smith and Wesson Airweight .38 caliber Special revolver, serial number 4595X and the $8,600.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Smith and Wesson Model 460V .460 Magnum revolver, serial number CJU9636, the Smith and Wesson Airweight .38 caliber Special revolver, serial number 4595X and the $8,600.00 in United States currency, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 30th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court